**Fill in this information to identify the case:**

Debtor name ___Genotox Laboratories, Ltd._____

United States Bankruptcy Court for the: ___Western District of Texas___

(State)

Case number (If known): ___24-10454_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
        Copy line 88 from *Schedule A/B* ...........................................................

        $ _____0.00

    **1b. Total personal property:**
        Copy line 91A from *Schedule A/B* .........................................................

        $ ___903,427.74

    **1c. Total of all property:**
        Copy line 92 from *Schedule A/B* ...........................................................

        $ ___903,427.74

---

**Part 2:** Summary of Liabilities

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .................................

    $ ___180,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................

        $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................................................

        +$ ___8,224,663.26

4. **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

    $ ___8,404,663.26

**Fill in this information to identify the case:**

Debtor name _Genotox Laboratories, Ltd._

United States Bankruptcy Court for the: _Western District of Texas_

Case number (If known): _24-10454_

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frost Bank | Checking | 3  2  3  6 | $ 0.00 |
| 3.2. | | | ___  ___  ___  ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   $ 0.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Agellan Commercial REIT, lessor, security deposit | $ 48,625.00 |
| 7.2. | _____ | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

Debtor ___Genotox Laboratories, Ltd._____
        Name

Case number (if known)___24-10454____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $ 48,625.00

---

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    These amounts do not include Medicare or Medicaid receivables which are very likely uncollectable in whole due to Settlement Agreement and Deferred Prosecution Agreement with the Department of Justice.

    **Current value of debtor's interest**

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 638,898.00 | − | 632,509.20 | = ....➡ | $ 6,388.80 |
    | 11b. Over 90 days old: | 38,841,393.76 | − | 38,452,979.82 | = ....➡ | $ 388,413.94 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 394,802.74

---

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1._____ | _____ | $_____ |
    | 14.2._____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                               % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1._____ | _____% | _____ | $_____ |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                        $_____

---

Debtor  Genotox Laboratories, Ltd.
_____
　　　　Name

Case number (if known)_____
24-10454

---

## Part 5:　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $  unknown_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6:　Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

---

Debtor _____Genotox Laboratories, Ltd._____     Case number (if known)__24-10454_____
                Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $ Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Various office equipment, including computers. | $_____ | _____ | $ Unknown |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  Genotox Laboratories, Ltd.
      Name

Case number (if known)  24-10454

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Lab equipment, owned and leased.

| | | | |
|---|---|---|---|
| | $ 3,899,436.00 | Estimated liquidation | $ 460,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 460,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Genotox Laboratories, Ltd.
_____
Name

Case number (if known)_____
24-10454

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2170 Woodward Street, Suite 100 Austin, Texas 78744 | Lease | $_____ | _____ | 0.00 $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** Intellectual Property License Agreement with Genotox ID, LLC | $_____ | _____ | 0.00 $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Lists of customers | $_____ | _____ | Unknown $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | Unknown $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00

Debtor    Genotox Laboratories, Ltd.
_____
          Name

Case number *(if known)*  24-10454
_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| | |

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Undetermined
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor     Genotox Laboratories, Ltd.
           _____
           Name

Case number *(if known)*     24-10454
                             _____

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 48,625.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 394,802.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 460,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 903,427.74 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ 903,427.74 ...... $ 903,427.74

**Fill in this information to identify the case:**

Debtor name    Genotox Laboratories, Ltd.

United States Bankruptcy Court for the:    Western District of Texas

Case number (If known):    24-10454

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Creditor's name** United States of America | | |

**Describe debtor's property that is subject to a lien**

Various office equipment, including computers.  Various lab equipment.

Column A: $ 180,000.00
Column B: $ Unknown

**Creditor's mailing address**

G. Karthik Srnivasen, Alan Buie
601 NW Loop 410, Suite 600, San Antonio, Texas, 78216

**Creditor's email address, if known**

**Describe the lien**

Settlement Agreement with DOJ

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Creditor's name** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 180,000.00

| Debtor | Genotox Laboratories, Ltd. | Case number (if known) | 24-10454 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Genotox Laboratories, Ltd. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known) | 24-10454 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    Gehstor Laboratories, Ltd.
_____
     Name

Case number *(if known)*   24-10454
_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                        **Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
ADT Security Services (autopay)
PO Box 371878

Pittsburgh, PA, 15250-7818

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 408.10

Date or dates debt was incurred    4/4/2024
Last 4 digits of account number    1443

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Affinity eHealth Inc.
5400 Shawnee Rd. Ste 306

Alexandria, VA, 22312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 16,710.00

Date or dates debt was incurred    3/31/2024
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Agellan Commercial Reit US LP
Southpark FOP Account

Round Rock, TX, 78664

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 22,326.57

Date or dates debt was incurred    3/26/2024
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Agena Bioscience, Inc.
4755 Eastgate Mall

San Diego, CA, 92121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 239,324.06

Date or dates debt was incurred    7/11/2023
Last 4 digits of account number    0328

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Agilent Technologies (ACH)
5391 Stevens Creek Blvd.

Santa Clara, CA, 95051-7201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 67,419.16

Date or dates debt was incurred    11/1/2023
Last 4 digits of account number    3906

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Air Products & Chemicals, Inc (ACH)
Mail Code: 5701
P. O. Box 71200
Charlotte, NC, 28272-1200

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 214.35

Date or dates debt was incurred    3/25/2024
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Genatix Laboratories, Ltd.
          Name

          Case number (if known)    24-10454

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** | **Nonpriority creditor's name and mailing address**

Alleva Software
29982 Ivy Glenn Dr.

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    1/7/2023

Last 4 digits of account number

---

**3.8** | **Nonpriority creditor's name and mailing address**

Allied Universal
701 Presidential Drive

Dallas, TX, 75320-0906

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,028.61

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    4/4/2024

Last 4 digits of account number    4320

---

**3.9** | **Nonpriority creditor's name and mailing address**

AT&T
209 S. Akard Dr.

Dallas , TX, 75202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.21

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/15/2023

Last 4 digits of account number

---

**3.10** | **Nonpriority creditor's name and mailing address**

AthenaHealth, Inc.
P. O. Box 415615

Boston, MA, 02241-5615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 468.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    3/13/2024

Last 4 digits of account number    8969

---

**3.11** | **Nonpriority creditor's name and mailing address**

Austin Tape & Label, Inc.
3350 Cavalier Trail

Stow, OH, 44224

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,884.39

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/4/2023

Last 4 digits of account number

---

Debtor ___Genotox Laboratories, Ltd.___ Case number (if known) __24-10454__
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** Nonpriority creditor's name and mailing address

Avutox, LLC
Probus Law Firm PLLC
7701 N. Lamar Blvd., Suite 102
Austin, TX, 78746

As of the petition filing date, the claim is:    $ 6,647,911.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Judgment

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.13** Nonpriority creditor's name and mailing address

Balcones Shred
P. O. Box 679901

Dallas, TX, 75267-9901

As of the petition filing date, the claim is:    $ 1,092.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    12/31/2023

Last 4 digits of account number    _____

---

**3.14** Nonpriority creditor's name and mailing address

Bastrop Scale Co., Inc.
P. O. Drawer 2100

Bastrop, TX, 78602

As of the petition filing date, the claim is:    $ 166.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/4/2023

Last 4 digits of account number    _____

---

**3.15** Nonpriority creditor's name and mailing address

Big Data, LLC dba Big Data Healthcare
38 Fountain Square Plaza

Cincinnati, OH, 45263

As of the petition filing date, the claim is:    $ 6,162.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    3/1/2024

Last 4 digits of account number    _____

---

**3.16** Nonpriority creditor's name and mailing address

Bill.com
1810 Embarcadero Road
Palo Alto, CA, 94303

As of the petition filing date, the claim is:    $ Undetermined
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor ___Genetox Laboratories, Ltd.___
          Name

Case number *(if known)* __24-10454__

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17  Nonpriority creditor's name and mailing address**

Cardinal Health
P. O. Box 730112

Dallas, TX, 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385,693.47

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    11/10/2023

Last 4 digits of account number    4856

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18  Nonpriority creditor's name and mailing address**

Cayman Chemical Co., Inc.
16875 Collections Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 284.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    11/16/2023

Last 4 digits of account number    9762

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19  Nonpriority creditor's name and mailing address**

Central Tox
525 Round Rock West Dr.,
Suite B240
Round Rock, TX, 78681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,700.00

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20  Nonpriority creditor's name and mailing address**

Cerilliant
CN-OH-L1WH
Lockbox 005634
Cincinnati, OH, 45226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,307.09

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    9/28/2023

Last 4 digits of account number    4319

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21  Nonpriority creditor's name and mailing address**

Charter Communications
P. O. Box 6030

Carol Stream, IL, 60197-6030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 137.97

**Basis for the claim:** Telephone / Internet services

Date or dates debt was incurred    1/26/2024

Last 4 digits of account number    9196

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Genelux Laboratories, Ltd._____ Case number (*if known*) __24-10454__
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Chrom Tech, Inc. (ACH)
P.O. Box 240248

Apple Valley, MN, 55124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   10/16/2023
Last 4 digits of account number   8680

$ 14,060.88

---

**3.23** Nonpriority creditor's name and mailing address

Cliiawaived Inc
2721 Loker Ave W

Carlsbad, CA, 92010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   9/8/2023
Last 4 digits of account number   _____

$ 14,942.79

---

**3.24** Nonpriority creditor's name and mailing address

College American Pathologists (CAP)
P. O. Box 71698

Chicago, IL, 60694-1698

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   11/2/2023
Last 4 digits of account number   _____

$ 5,373.34

---

**3.25** Nonpriority creditor's name and mailing address

Comtron
11 Grace Avenue
Suite 208
Long Neck, NY, 11021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   4/1/2024
Last 4 digits of account number   2723

$ 9,677.45

---

**3.26** Nonpriority creditor's name and mailing address

Davis Wright Tremaine LLP
920 Fifth Avenue
Suite 3300
Seattle, WA, 98104-1610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   6/20/2023
Last 4 digits of account number   _____

$ 221,004.34

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     Gehatex Laboratories, Ltd.

Name

Case number *(if known)*   24-10454

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27**   **Nonpriority creditor's name and mailing address**

Douglas Pitts
2824 Audubon Dr.

Middletown, OH, 45044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,150.00

| Date or dates debt was incurred | 3/31/2024 |
| --- | --- |
| Last 4 digits of account number | 8142 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**   **Nonpriority creditor's name and mailing address**

Drive Fullfillment
1226 Southen 630
Suite 1
Sandy, UT, 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 35,227.29

| Date or dates debt was incurred | 10/31/2023 |
| --- | --- |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**   **Nonpriority creditor's name and mailing address**

eClinical Works, LLC
P. O. Box 847950

Boston, MA, 02284-7950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,331.39

| Date or dates debt was incurred | 2/5/2024 |
| --- | --- |
| Last 4 digits of account number | 0261 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**

Ellkay, LLC
200 Riverway Blvd

Elmwood Park, NJ, 7407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,535.04

| Date or dates debt was incurred | 1/3/2024 |
| --- | --- |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**

EMD Millipore Corporation
25760 Network Place

Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,950.56

| Date or dates debt was incurred | 9/1/2023 |
| --- | --- |
| Last 4 digits of account number | 7185 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Genetox Laboratories, Ltd.___ Case number (if known) __24-10454__
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32 **Nonpriority creditor's name and mailing address**

Experian Health, Inc.
P. O. Box 846133

Los Angeles, CA, 90084-6133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___4/4/2024___
Last 4 digits of account number ___6594___

$ 830.21

---

**3.** 33 **Nonpriority creditor's name and mailing address**

Filtrous Inc
12159 Flint

Poway, CA, 92064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___3/5/2024___
Last 4 digits of account number _____

$ 2,721.98

---

**3.** 34 **Nonpriority creditor's name and mailing address**

Fish & Richardson
60 South Sixth Street

Minneapolis, MN, 55402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___3/22/2024___
Last 4 digits of account number ___9930___

$ 821.41

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Fisher Scientific Co., LLC

Boston, MA, 02241-3648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___10/13/2023___
Last 4 digits of account number _____

$ 109,734.85

---

**3.** 36 **Nonpriority creditor's name and mailing address**

Fleet Maintenance of Texas
P. O. Box 82045

Austin, TX, 78708-2045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred ___8/3/2023___
Last 4 digits of account number _____

$ 2,053.86

---

| Debtor | Genalox Laboratories, Ltd. | Case number (if known) | 24-10454 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

FrontRunnerHC Inc.
35 Cordage Park Circl

Plymouth, MA, 2360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,937.33

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   1/31/2023

Last 4 digits of account number

---

**3.38** **Nonpriority creditor's name and mailing address**

Gene by Gene, Ltd.
1445 North Loop West, Ste. 820

Houston, TX, 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 47,781.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   3/31/2024

Last 4 digits of account number

---

**3.39** **Nonpriority creditor's name and mailing address**

Hamilton
P. O. Box 10030

Reno, NV, 89520-0012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,859.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   9/11/2023

Last 4 digits of account number

---

**3.40** **Nonpriority creditor's name and mailing address**

Health Gorilla, Inc.
255 Ponce de Leon Blvd.
Suite 300
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,668.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   2/1/2024

Last 4 digits of account number

---

**3.41** **Nonpriority creditor's name and mailing address**

Healthcare Integrations
4444 N. Belleview Ave.
Suite 105
Kansas City, MO, 64154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,210.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   1/25/2024

Last 4 digits of account number

---

Debtor _____ Case number *(if known)* __24-10454__
    Genetox Laboratories, Ltd.
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **42** | Nonpriority creditor's name and mailing address

IMCS
110 Centrum Drive

Irmo, SC, 29063

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,644.95**

| Date or dates debt was incurred | 11/16/2023 |
| Last 4 digits of account number | 6814 |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **43** | Nonpriority creditor's name and mailing address

Immunalysis Corp
P. O. Box 102317

Pasadena, CA, 91189-2317

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 5,899.64**

| Date or dates debt was incurred | 1/23/2024 |
| Last 4 digits of account number | M500 |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **44** | Nonpriority creditor's name and mailing address

Interior Climate Solutions
8906 Ambassador Row

Dallas, TX, 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**$ 520.23**

| Date or dates debt was incurred | 3/4/2024 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **45** | Nonpriority creditor's name and mailing address

IPFS Corporation
PO Box 419090

Kansas City, MO, 64105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,747.48**

| Date or dates debt was incurred | 3/29/2024 |
| Last 4 digits of account number | 1452 |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **46** | Nonpriority creditor's name and mailing address

Kipu Systems LLC (pd via CC)
255 Alhambra Circle Ste 900

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 410.39**

| Date or dates debt was incurred | 2/29/2024 |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    Genatox Laboratories, Ltd.                          Case number (if known)    24-10454
              Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.47** Nonpriority creditor's name and mailing address

Life Technologies/Invitrogen
c/o Bank of America
12088 Collection Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:    $ 10,032.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    10/10/2023
Last 4 digits of account number    9037

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Lindsey Scott
6916 Villita Avenida Street
Austin, TX, 78741

As of the petition filing date, the claim is:    $ Undetermined
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Lipomed Inc
150 Cambridge Park Dr. Ste. 705

Cambridge, MA, 2140

As of the petition filing date, the claim is:    $ 2,360.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    11/16/2023
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Magnit Quick, LLC (Quick Search)
P. O. Box 534305

Atlanta, GA, 30353-4305

As of the petition filing date, the claim is:    $ 797.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    10/31/2023
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Matheson Tri-Gas, Inc.
PO Box 123028

Dallas, TX, 75312

As of the petition filing date, the claim is:    $ 842.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    1/31/2024
Last 4 digits of account number    9791

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Genotox Laboratories, Ltd. | | Case number *(if known)* | 24-10454 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 52 Nonpriority creditor's name and mailing address**

Phenomenex, Inc.
P. O. Box 749397

Los Angeles, CA, 90074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 4,338.87**

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred: 2/13/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number: 2117

---

**3. 53 Nonpriority creditor's name and mailing address**

Philip Breitenbucher
13689 Basswod Dr.

Corona, CA, 92883

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,000.00**

**Basis for the claim:** Services

Date or dates debt was incurred: 2/29/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number: _____

---

**3. 54 Nonpriority creditor's name and mailing address**

Purchase Power - Pitney Bowes
PO Box 371874

Pittsburgh, PA, 15250-7874

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18.67**

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred: 3/7/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number: 8282

---

**3. 55 Nonpriority creditor's name and mailing address**

PYA, P.C.
2220 Sutherland Avenue

Knoxville, TN, 37919

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,500.00**

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred: 3/29/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number: 9974

---

**3. 56 Nonpriority creditor's name and mailing address**

RecoveryTrek LLC
440 Moticello Ave.

Norfolk, VA, 23510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,926.00**

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred: 3/1/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number: _____

---

Debtor    Genotox Laboratories, Ltd.        Case number *(if known)*   24-10454

Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 57**   **Nonpriority creditor's name and mailing address**

S. Tipton Studio
809 W. 12th Street

Austin, TX, 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,250.00

**Date or dates debt was incurred**    7/15/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 58**   **Nonpriority creditor's name and mailing address**

San Francisco Collaborative Courts
400 McAllister St, Room 402
San Francisco, CA, 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 59**   **Nonpriority creditor's name and mailing address**

Sarstedt, Inc.
PO Box 468

Newton, NC, 28658

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,102.87

**Date or dates debt was incurred**    2/8/2024

**Last 4 digits of account number**    0096

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 60**   **Nonpriority creditor's name and mailing address**

Siemens
P. O. Box 121102

Dallas, TX, 75312-1102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,050.19

**Date or dates debt was incurred**    7/7/2023

**Last 4 digits of account number**    7959

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 61**   **Nonpriority creditor's name and mailing address**

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA, 94257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Genalyte Laboratories, Ltd. | Case number (if known) | 24-10454 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Stericycle Inc
P. O. Box 6575

Carol Stream, IL, 60197-6575

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,959.72**

| Date or dates debt was incurred | 10/31/2023 |
|---|---|
| Last 4 digits of account number | 5437 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

T38FAX
1100 E. Hector St. Ste 313

Conshohocken, PA, 19428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 69.34**

| Date or dates debt was incurred | 1/23/2024 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Takara
Takara Bio USA, Inc.
PO BOX 45794
San Francisco, CA, 94145-0794

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 253.24**

| Date or dates debt was incurred | 7/6/2023 |
|---|---|
| Last 4 digits of account number | 7943 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Tecan US, Inc
9401 Global Center Drive
Suite 140
Morrisville, NC, 27560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 36,482.99**

| Date or dates debt was incurred | 11/28/2023 |
|---|---|
| Last 4 digits of account number | 2193 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Telcor
9401 Global Center Drive
Suite 140
Lincoln, NE, 68510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 27,300.94**

| Date or dates debt was incurred | 4/1/2024 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Genetox Laboratories, Ltd.                                    Case number (if known)  24-10454
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

The Hartford
PO Box 660916

Dallas, TX, 75266-0916

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,691.83

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    4/5/2024

Last 4 digits of account number    1796

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Thermo Electron North America, LLC
PO Box 742775

Atlanta, GA, 30374-2775

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,106.58

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    8/6/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Thermo FIscher Scientific
168 Third Avenue
Waltham, MA, 02451

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,426.32

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Translational Software Inc
7683 SE 27th St.

Mercer Island, WA, 98040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 696.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    12/31/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

Trinsic Technologies, Inc
15843 Opal Fir Dr.
Suite 100
Austin, TX, 78728

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63,349.44

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    7/1/2018

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     Genalyte Laboratories, Ltd.               Case number *(if known)*    24-10454

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   Nonpriority creditor's name and mailing address

UBEO LLC
P. O. Box 790448

St. Louis, MO, 63179-0448

**As of the petition filing date, the claim is:** $ 1,380.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 4/11/2024 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 6974 | ☒ No   ☐ Yes |

**3.73**   Nonpriority creditor's name and mailing address

ULINE
Attn: Accounts Receivable
P. O. Box 88741
Chicago, IL, 60680-1741

**As of the petition filing date, the claim is:** $ 797.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 3/1/2024 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 7513 | ☑ No   ☐ Yes |

**3.74**   Nonpriority creditor's name and mailing address

UTAK
25020 Avenue Tibbits

Valencia, CA, 91355

**As of the petition filing date, the claim is:** $ 355.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 9/21/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 5885 | ☑ No   ☐ Yes |

**3.75**   Nonpriority creditor's name and mailing address

VWR International LLC
P. O. Box 640169

Pittsburgh, PA, 15264-0169

**As of the petition filing date, the claim is:** $ 34,184.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 11/29/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 3455 | ☒ No   ☐ Yes |

**3.76**   Nonpriority creditor's name and mailing address

Waystar dba ZirMed Inc.
1311 Solutions Center

Chicago, IL, 60677-1311

**As of the petition filing date, the claim is:** $ 10,938.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 3/12/2024 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 7723 | ☑ No   ☐ Yes |

Debtor ___Genetox Laboratories, Ltd.___
Name

Case number *(if known)* ___24-10454___

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.**⁷⁷ **Nonpriority creditor's name and mailing address**

Zhao Laboratory Consulting LLC
1310 Indigo Bay Ct.

Pearland, TX, 77584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,500.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred ___11/1/2023___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Genotox Laboratories, Ltd.
_____
Name

Case number (if known) 24-10455
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 8,224,663.26 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,224,663.26 |

**Fill in this information to identify the case:**

Debtor name __Genotox Laboratories, Ltd.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __24-10454__         Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2170 Woodward Street, Suite 100 Austin, Texas 78744 Lessor | Agellan Commercial REIT U.S. L.P 101 E. Old Settlers Blvd Suite 120 Round Rock, TX, 78664 |
| | State the term remaining | September 30, 2025 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Mini MicroLab StarLet (lab equip.) Lessee | De Lage Landen Financial Services, Inc. P.O. Box 825736 Philadelphia, PA, 19182 |
| | State the term remaining | 49 payments remaining | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Tip Novus/Tip Lumis (lab equip.) Lessee | De Lage Landen Financial Services, Inc. P.O. Box 825736 Philadelphia, PA, 19182 |
| | State the term remaining | 18 Payments Remaining | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Deferred Prosecution Agreement and Settlement Agreement | United States of America G. Karthik Srnivasen, Alan Buie 601 NW Loop 410, Suite 600 Austin, TX, 78730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2 Ricoh copiers Lessee | Ubeo Business Services P O. Box 790448, St. Louis, MO, 63179-0448 |
| | State the term remaining | December 31, 2028 | |
| | List the contract number of any government contract | | |

| Debtor | Genotox Laboratories, Ltd. | Case number (if known) | 24-10454 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Shipping | Cardinal Health<br>P.O. Box 730112<br>Dallas, TX, 75373 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Services | Trinsic Technologies<br>15843 Opal Fir Dr. Suite 100<br>Austin, TX, 78728 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Billing services<br>Agent | Bill.com<br>6220 America Center Drive, Suite 100<br>Alviso, CA, 95002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Integrity Agreement | Office of Inspector General of the Department of Heath and Human Services<br>330 Independence Avenue, S.W.<br>Washington, DC, 20201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Genotox Laboratories, Ltd.

United States Bankruptcy Court for the:  Western District of Texas

Case number (If known):  24-10454

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Genotox Laboratories Management, LLC | 2170 Woodward Street Suite 100 Austin, TX 78746 | All creditors by virtue of Genotox Laboratories Management, LLC being the General Partner. | ☐ D ☑ E/F ☐ G |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |